UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ST. CLAIR,<br><br>                Plaintiff,<br><br>      v.<br><br>CVS PHARMACY, INC.,<br><br>                Defendant. | Case No. 16-cv-04911-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 33 |

The motion for leave to file a motion for reconsideration is denied.

**IT IS SO ORDERED.**

Dated: January 9, 2017

_____

VINCE CHHABRIA
United States District Judge